IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01827-BNB

EDWARD RAIFSNIDER,

    Petitioner,

v.

UNITED STATES MARSHAL SERVICES FOR THE STATE OF WYOMING, and
SHERIFF LARRY KUNTZ FOR WASHINGTON COUNTY DETENTION CENTER,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT -9 2008

GREGORY C. LANGHAM
                CLERK

## ORDER OF DISMISSAL

Petitioner Edward Raifsnider was detained at the Washington County Detention Center in Akron, Colorado, when he initiated this action by filing a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and an Affidavit of Indigency to Proceed Without Payment. In an order filed on August 27, 2008, Magistrate Judge Craig B. Shaffer directed the Clerk of the Court to commence a civil action and instructed Mr. Raifsnider to cure certain deficiencies if he wished to pursue his claims.

Specifically, Magistrate Judge Shaffer ordered Mr. Raifsnider to submit his claims on a Court-approved form used in filing § 2241 claims and to submit his request to proceed without payment of a filing fee on a Court-approved form used in seeking leave to proceed *in forma pauperis*. Mr. Raifsnider also was instructed to submit a certified copy of his inmate trust fund account statement in support of the motion seeking leave to proceed *in forma pauperis*. Mr. Raifsnider was warned that the

Application would be denied and the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On September 9, 2008, the copy of Magistrate Judge Shaffer's August 27, 2008, Order that was mailed to Mr. Raifsnider at the address he provided was returned to the Court undelivered. A sticker on the returned envelope reads "RETURN TO SENDER, NOT DELIVERABLE AS ADDRESSED UNABLE TO FORWARD." Mr. Raifsnider has not filed a notice of change of address in this action.

Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of new address within ten days of any change of address. Mr. Raifsnider has failed to comply with the Court's local rules and, as a result, he has failed to cure the deficiencies in this action within the time allowed. Accordingly, it is

ORDERED that the Petition is denied and the action is dismissed without prejudice for failure to cure the deficiencies.

DATED at Denver, Colorado, this 8 day of Oct., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01827-BNB

Edward Raifsnider
Prisoner No. 14223
Washington County Det. Center
26861 Hwy 34
Akron, CO 80720

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/9/08

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk